IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLEVELAND LEE, SR.,

    Plaintiff,

v.

DENNIS KUCHENS, LISA KRACHEY,
BEVERLY RASIBECK, MS. SMITH,
A. KARTMAN, MS. SUTTER and
CAPTAIN KARTMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-150-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing plaintiff's claims against defendants Lisa Krachey, Beverly Rasibeck, Ms. Smith, A. Kartman, Ms. Sutter and Captain Kartman without prejudice and dismissing plaintiff's claims against defendant Dennis Kuchens under the First Amendment, Fourteenth Amendment equal protection clause and Religious Land Use and Institutional Persons Act without prejudice for plaintiff's failure to exhaust his administrative remedies.

_Peter Oppeneer_, Clerk of Court      8/25/10

Peter Oppeneer, Clerk of Court      Date